UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

ZUFFA, LLC, d/b/a THE ULTIMATE
FIGHTING CHAMPIONSHIP (UFC),

         **DEFAULT JUDGMENT**

    Plaintiff,

 -against-         Civil Action No. 10-cv-620

DEBRA S. ZWEIFEL, and WALTER A. ZWEIFEL,
Individually, and as officers, directors, shareholders,
and/or principals of WALT AND DEBS SANDBAR
SPORTS ARENA, LLC, d/b/a SAND BAR f/k/a OLE'S
COUNTRY CLUB,

and

WALT AND DEBS SANDBAR SPORTS ARENA,
LLC, d/b/a SAND BAR f/k/a OLE'S COUNTRY CLUB,

    Defendants.

---

  The Summons and Complaint in this action having been duly served upon the Defendants, DEBRA S. ZWEIFEL, and WALTER A. ZWEIFEL, Individually, and as officers, directors, shareholders, and/or principals of WALT AND DEBS SANDBAR SPORTS ARENA, LLC, d/b/a SAND BAR f/k/a OLE'S COUNTRY CLUB, and WALT AND DEBS SANDBAR SPORTS ARENA, LLC, d/b/a SAND BAR f/k/a OLE'S COUNTRY CLUB, on January 3, 2011 and November 11, 2010, and said Defendants having failed to plead or otherwise appear in this action,

  **NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

  **ORDERED AND ADJUDGED** that Zuffa, LLC d/b/a The Ultimate Fighting Championship (UFC), the Plaintiff, does recover jointly and severally of **DEBRA S. ZWEIFEL, Individually,** and as officer, director, shareholder, and/or principal of **WALT**

AND DEBS SANDBAR SPORTS ARENA, LLC, d/b/a SAND BAR f/k/a OLE'S COUNTRY CLUB, a total award of **TWENTY SEVEN THOUSAND FOUR HUNDRED EIGHTY THREE DOLLARS AND SEVENTY FIVE CENTS ($27,483.75)** consisting of:

1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

2) FIFTEEN THOUSAND DOLLARS ($15,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a); and

3) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs and attorneys' fees of TWO THOUSAND FOUR HUNDRED EIGHTY THREE DOLLARS AND SEVENTY FIVE CENTS ($2,483.75);

and it is further,

**ORDERED AND ADJUDGED** that **Zuffa, LLC d/b/a The Ultimate Fighting Championship (UFC)**, the Plaintiff, does recover jointly and severally **WALTER A. ZWEIFEL, Individually, and as officer, director, shareholder, and/or principal of WALT AND DEBS SANDBAR SPORTS ARENA, LLC, d/b/a SAND BAR f/k/a OLE'S COUNTRY CLUB,** a total award of **TWENTY SEVEN THOUSAND FOUR HUNDRED EIGHTY THREE DOLLARS AND SEVENTY FIVE CENTS ($27,483.75)** consisting of:

1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

2) FIFTEEN THOUSAND DOLLARS ($15,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a); and

3) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs and attorneys' fees of TWO THOUSAND FOUR HUNDRED EIGHTY THREE DOLLARS AND SEVENTY FIVE CENTS ($2,483.75); and

and it is further,

**ORDERED AND ADJUDGED** that **Zuffa, LLC d/b/a The Ultimate Fighting Championship (UFC)**, the Plaintiff, does recover jointly and severally **WALT AND DEBS SANDBAR SPORTS ARENA, LLC, d/b/a SAND BAR f/k/a OLE'S COUNTRY CLUB,** a total award of **TWENTY SEVEN THOUSAND FOUR HUNDRED EIGHTY THREE DOLLARS AND SEVENTY FIVE CENTS ($27,483.75)** consisting of:

1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

2) FIFTEEN THOUSAND DOLLARS ($15,000.00) pursuant to 47 U.S.C. §

605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a); and

3) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs and attorneys' fees of TWO THOUSAND FOUR HUNDRED EIGHTY THREE DOLLARS AND SEVENTY FIVE CENTS ($2,483.75).

and it is further

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: March 23, 2011

*Barbara B. Crabb*
HON. BARBARA B. CRABB
UNITED STATES SENIOR DISTRICT JUDGE

Judgment entered this 23d day of March, 2011.

*Peter Oppeneer*
PETER OPPENEER,
Clerk of Court